FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

March 1, 2021

No. 04-20-00267-CV

Joe Jesse **PONCE** III,
Appellant

v.

**COMMISSION FOR LAWYER DISCIPLINE**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-04768
Mary C. Brown, Judge Presiding

## O R D E R

After this court granted Appellant's first and second motions for extension of time to file the brief, we set Appellant's brief due on March 1, 2021. Before the twice-extended due date, Appellant filed a third motion for an extension of time to file the brief until March 31, 2021.

Appellant's motion is GRANTED. Appellant's brief is due on March 31, 2021. *See* TEX. R. APP. P. 38.6(d). Any further request for an extension of time to file the brief may be disfavored.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of March, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court